UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RAMON FONTANEZ, Individually, and On Behalf of All Others Similarly Situated,

      Plaintiff,

vs.

HEIRLUME USA INC.,

      Defendant.

------------------------------------------------------------x

Case No.: 1:22-cv-05118

**NOTICE OF VOLUNTARY DISMISSAL**

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Ramon Fontanez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Heirlume USA Inc.

DATED:  July 8, 2022      **MIZRAHI KROUB LLP**

              /s/ Edward Y. Kroub
              EDWARD Y. KROUB

          EDWARD Y. KROUB
          JARRETT S. CHARO
          WILLIAM J. DOWNES
          200 Vesey Street, 24th Floor
          New York, NY  10281
          Telephone:  212/595-6200
          212/595-9700 (fax)
          ekroub@mizrahikroub.com
          jcharo@mizrahikroub.com
          wdownes@mizrahikroub.com

          *Attorneys for Plaintiff*