USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAMON FONTANEZ, Individually, and
on behalf of himself and all others
similarly situated,

                             Plaintiff,                    22-CV-5118 (PGG) (KHP)

           -against-                             **ORDER ADJOURNING INITIAL**
                                                       **CASE MANAGEMENT**
HEIRLUME USA INC.,                                **CONFERENCE**

                             Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Voluntary Dismissal filed on July 8, 2022 (doc. no 7) the Initial Case Management Conference currently scheduled for **September 13, 2022** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
               July 12, 2022

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge